I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·1·12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMAN EM,<br><br>    Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. SACV 11-0952-R (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On February 14, 2012, Petitioner filed objections to the Report and Recommendation. The Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.

    Having reviewed the Petition, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that (1) the Petition is denied; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment be entered dismissing this action with prejudice.

DATED: Feb. 29, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE