

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:        3·1·12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RICHMAN EM,                          ) Case No. SACV 11-0952-R (JPR)
                                     )
            Petitioner,              )
                                     )        J U D G M E N T
      vs.                            )
                                     )
KELLY HARRINGTON, Warden,            )
                                     )
            Respondent.              )
                                     )
                                     )

        Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED:  Feb. 29, 2012

                                     MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

2